# UNITED STATES COURT OF APPEALS FOR VETERANS CLAIMS

No. 03-505

James B. Pardue, Appellant,

v.

Anthony J. Principi,
Secretary of Veterans Affairs, Appellee.

Before IVERS, KASOLD, and HAGEL, *Judges.*

## O R D E R

On March 18, 2003, the appellant, through counsel, appealed the November 20, 2002, decision of the Board of Veterans' Appeals. On April 5, 2004, the parties filed a joint motion to terminate this appeal on terms set forth in a settlement agreement between the parties to be effective when the Court acts to terminate this appeal. *See* U.S. Vet. App. R. 42. Accordingly, it is

ORDERED that the appeal is terminated. Under Rule 41(b) of the Court's Rules of Practice and Procedure, this order is the final judgment and mandate of the Court.

DATED: April 13, 2004                                                                 PER CURIAM.